PER CURIAM.
 

 Appellant Christopher Thomas seeks review of a final summary judgment of mortgage foreclosure, arguing that he was denied sufficient service of process in the proceeding below. Because appellant filed a responsive pleading without challenging the sufficiency of service or the court’s exercise of personal jurisdiction over him at the “first opportunity,” he waived any defense regarding a defect in service.
 
 Re-Employment Servs., Ltd. v. Nat’l Loan Acquisitions Co.,
 
 969 So.2d 467, 470 (Fla. 5th DCA 2007);
 
 De Ardila v. Chase Manhattan Mortg. Corp.,
 
 826 So.2d 419, 420 n. 2 (Fla. 3d DCA 2002) (mortgagor waived argument alleging insufficiency of service of process of foreclosure action by filing pleadings without challenging service);
 
 accord
 
 Fla. R. Civ. P. 1.140(b), (h).
 

 The summary judgment for appellee is AFFIRMED.
 

 HAWKES, C.J., WOLF and KAHN, JJ., concur.